IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>QUAMAINE MASSEY | Case №: 2:25-cr-00179-DAD<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above-named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for this case. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael Hansen is appointed to represent the above-named client in this case effective *nunc pro tunc* to September 10, 2025.

This appointment shall remain in effect until further order of this court.

DATED: 9/10/2025

HON. JEREMY D. PETERSON
United States Magistrate Judge