Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
QUAMAINE MASSEY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00179 DAD |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS 8 AND 10** |
| vs. | |
| QUAMAINE MASSEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nchekube Onyima, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant Quamaine Massey, that the pretrial release conditions for Quamaine Massey be modified as follows:

1.    Modify Condition 8- "You must refrain from excessive use of alcohol."

2.    Modify Condition 10- "You must submit to drug testing.  You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.  You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing."

Pretrial services is in agreement with the modifications.

1

Stipulation and [Proposed] Order for Modification of Pretrial Release Conditions

Dated:  July 1, 2024

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
QUAMAINE MASSEY

Dated:  July 1, 2024

ERIC GRANT
United States Attorney

By:  /s/ Michael E. Hansen for
NCHEKUBE ONYIMA
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Good cause appearing, it is so ordered.

Dated: June 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and [Proposed] Order for Modification of Pretrial Release Conditions