Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
QUAMAINE MASSEY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>        vs.<br><br>QUAMAINE MASSEY,<br><br>                            Defendant. | Case No. 2:25-CR-00179 DAD-3<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITION 15** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nchekube Onyima, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant Quamaine Massey, that the pretrial release conditions for Quamaine Massey be modified as follows:

1.      Modify Condition 15- "You must not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name.  However, you may obtain patient names and dates of birth as part of your employment with Quantum Health."

Pretrial services agree with the modification.

/////

/////

/////

/////

/////

1

Stipulation and Order for Modification of Pretrial Release Conditions

Dated:  June 18, 2026

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
QUAMAINE MASSEY

Dated:  June 18, 2026

ERIC GRANT
United States Attorney

By:  /s/ Michael E. Hansen for
NCHEKUBE ONYIMA
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Good cause appearing, it is so ordered.

Dated:  June 22, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order for Modification of Pretrial Release Conditions